FILED

SEP -  

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. **2:06cr221-WKW** |
| ) | [18 USC 922(g)(1)] |
| AUDRA MARIE RUSH  ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 26, 2005, in Montgomery County, within the Middle District of Alabama,

AUDRA MARIE RUSH,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) March 24, 2004, Breaking and Entering a Vehicle, in the Circuit Court of Elmore County, Alabama - CC 2003-451, and

2) March 24, 2004, Theft of Property 2nd Degree, in the Circuit Court of Elmore County, Alabama - CC 2003-451,

did knowingly possess in and affecting commerce a firearm and ammunition, to-wit: a Bersa, Thunder Series (95) .380 caliber, semi-automatic pistol, and three rounds of .380 caliber ammunition marked "R-P" and ".380 Auto." All in violation of Title 18, United States Code, Section, 922(g)(1).

FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

AUDRA MARIE RUSH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> **One Bersa, Thunder Series (95) .380 caliber, semi-automatic pistol, and three rounds of .380 caliber ammunition marked "R-P" and 380 Auto".**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred, sold to, or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be divided without

difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

/s/ Janice Dorris Williams
Foreperson

/s/ Leura G. Canary
LEURA GARRETT CANARY
United States Attorney

/s/ John T. Harmon
JOHN T. HARMON
Assistant United States Attorney

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant Untied States Attorney