AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

AUDRA MARIE RUSH
120 White Frost Drive
Elmore, Alabama 36025

**WARRANT FOR ARREST**

Case Number:  2:06CR221-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Audra Marie Rush_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

Gun controlled act

in violation of Title _____18_____ United States Code, Section(s) _____922(g)(1)_____

DEBRA P. HACKETT
Name of Issuing Officer

Clerk, U. S. District Court
Title of Issuing Officer

Signature of Issuing Officer

September 8, 2006 - Montgomery, Alabama
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |