IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed September 14, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison for Women, Wetumpka, Alabama, commanding it to deliver Audra Marie Rush to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on October 25, 2006, at 10:00 am, and to return the prisoner to said official.

DONE this the 15th day of September, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE