**COURTROOM DEPUTY MINUTES**          **DATE:**      **10/2/06**

**MIDDLE DISTRICT OF ALABAMA**

                                        **DIGITAL RECORDING:**    **2:17 - 2:25**

√     **INITIAL APPEARANCE**

❑     **DETENTION HEARING**

❑     **REMOVAL HEARING (R.40)**

√     **ARRAIGNMENT**

❑     **ARRAIGNMENT on SUPERSEDING INDICTMENT**

❑     **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE VANZETTA PENN MCPHERSON   DEPUTY CLERK: WANDA ROBINSON**

**CASE NO.  2:06cr221-WKW**          **DEFT. NAME: Audra Marie Rush**

**USA:  Verne H. Speirs**          **ATTY:  Michael Petersen**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√ ) CDO ;

**USPTSO/ USPO:   Sandra Woods**

**Defendant _____ does √___does NOT need an interpreter; NAME_____**

---

❑ Kars.          Date of Arrest _____    or    ❑ karsr40

√ kia.          Deft. First Appearance. Advised of rights/charges. ❑Pro/Sup Rel Violator

√ Finaff.          Financial Affidavit executed ❑ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.

√ koappted          **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**

❑20appt.          Panel Attorney Appointed; ❑ to be appointed - prepare voucher

❑          Deft. Advises he will retain counsel. Has retained _____

❑          Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion;

❑          Government's **WRITTEN** Motion for Detention Hrg. filed.

❑          **DETENTION HRG** ❑ held; ❑ set for_____; ❑ **Prelim. Hrg** ❑ Set for_____

❑ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

❑kodtn.          **ORDER OF DETENTION PENDING TRIAL** entered

❑ kocondrls.   Release order entered. ❑ Deft. advised of conditions of release.

❑kbnd.          ❑ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR)

                 ❑ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

❑ Loc.(LC)          Bond **NOT** executed. Deft to remain in Marshal's custody

❑ ko.          Deft. **ORDERED REMOVED** to originating district

❑ kwvprl.          Waiver of ❑ Preliminary hearing; ❑ Kwvr40hrg. (Waiver of R.40 Hearing)

❑          Court finds **PROBABLE CAUSE**  Defendant bound over to the Grand Jury.

√ Karr.          **ARRAIGNMENT** SET FOR:_____  √ **HELD**. Plea of **NOT GUILTY** entered.

                 √ **Trial Term   1/8/07      **;    √ **PRETRIAL CONFERENCE DATE: 11/13/06**

                 √ **DISCOVERY DISCLOSURES DATE:   Provided**

❑ Krmknn.     **NOTICE** to retained Criminal Defense Attorney handed to Counsel

❑ krmvhrg.     Identity/Removal Hearing set for _____

√ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**