**U.S. Department of Justice**
United States Marshals Service
One Church Street, Suite A-100
Montgomery, AL 36104

Phone (334) 223-7728
Fax (334) 223-7726



# DETAINER
## AGAINST SENTENCED PRISONER

*RECEIVED 2006 SEP 29 P 3:55 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA*

*CENTRAL RECORDS SEP 27 2006*

UNITED STATES MARSHAL
MIDDLE DISTRICT OF ALABAMA

Department of Corrections
P. O. Box 301501
Montgomery, AL 36130

DATE: September 12, 2006
SUBJECT: RUSH, Audra Marie
AKA: Unknown           W/F
DOB/SSN: [redacted]
USMS #:        AIS # **220942B**
CR#: 06-221-WKW

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Middle District of Alabama has issued an **arrest warrant** charging the subject with **GUN CONTROLLED ACT.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act **APPLY** to this Detainer because the Detainer is based on pending Federal criminal charges which have not yet been tried. Pursuant to the provisions of the Interstate Agreement on Detainers Act (IADA), a person serving a sentence of imprisonment in any penal institution against whom a detainer is lodged (based on pending Federal criminal charges which have not yet been tried) must be advised that a Detainer has been filed and that the prisoner has the right to demand speedy trial on those charges. **Accordingly, please advise the subject that a Detainer has been filed against him/her and that under the IADA, he/she has the right to demand speedy trial on the charges.** If your office does not have an official form for such purposes, the statements contained in this Form below may be used.

INSTRUCTIONS FOR COMPLETION OF STATEMENTS

I. Please read or show the following to the subject:

"You are hereby advised that a Detainer has been filed against you on _____ Federal criminal charges filed against you in the U.S. District Court for the Middle District of Alabama. With regard to answering these charges, you are hereby advised that you have the right to demand a speedy trial under the Interstate Agreement on Detainers Act (IADA). Under the IADA, you have the right to be brought to trial within 180 days after you have caused to be delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court, written notice of your request for a final disposition of the charges against you. Because the 180-day time limit may be tolled by virtue of delays attributable to you, you should periodically inquire as to whether your written notice of request for a final disposition of the charges against you has been received by the appropriate U.S. Attorney and the appropriate U.S. District Court. You are hereby advised that the 180-day time limit does not commence until your written notice of request for final disposition of the charges against you has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court.

If you have any questions regarding the provisions of the IADA, you should contact your attorney or the U.S. Attorney for the Middle District of Alabama."

Form USM-17
Est. 11/98

2. Please execute the following:

The foregoing was read to or by subject and a copy of the Detainer was delivered to him on _September 25, 2006_ .
(date)

Signed: _Lieutenant C.P. Johnson_   Title: _Lieutenant_

3. Please have the prisoner execute the following:

"I have read or have been read the above paragraph notifying me that a Detainer has been lodged against me and that I have the right to demand speedy trial on the charge(s). I (do) (do not) demand a speedy trial on the charge(s). I understand that if I do request a speedy trial, this request will be delivered to the Office of the United States Attorney who caused the Detainer to be filed. I also understand that my right to a speedy trial under the IADA is the right to be brought to trial within 180 days after my written notice of request for a final disposition of the charges against me has actually been delivered to the appropriate U.S. Attorney and the appropriate U.S. District Court. I further understand that the 180-day time limit may be tolled by any delays attributable to me, and that I must periodically inquire as to whether my written notice of request for a final disposition of the charges against me has been received by the appropriate U.S. Attorney and appropriate U.S. District Court. Finally, I understand that if at any time hereafter I desire to demand speedy trial and have not already done so, I can inform my custodian who will then cause the request to be forwarded to the appropriate U.S. Attorney."

_Lieutenant C.P. Johnson_   _Audra Rush 9-25-06_ (I do)
(Witness)   (Signature of Prisoner and Date)

AUDRA RUSH
(Typed or Printed Name of Prisoner)

4. Please acknowledge receipt of this detainer. In addition, please provide one copy of the Detainer to the prisoner, return one copy of the Detainer to this office in the enclosed self-addressed envelope, and, if the prisoner demands a speedy trial, forward the Detainer together with the Certificate of Inmate Status by registered or certified mail to the U.S. Attorney for the Middle District of Alabama and the U.S. District Court for the Middle District of Alabama.

5. If the prisoner does not demand a speedy trial at this time and further elects to demand a speedy trial on the charge(s) at a later date, you should obtain a new set of this Form USM- 17 from the United States Marshal, have the prisoner complete the amended form, and follow the instructions contained in paragraph 4 above.

Your cooperation is greatly appreciated.

Very truly yours,

Jesse Seroyer, Jr.
United States Marshal
By: Debi Brewer
Criminal Program Specialist

**RECEIPT**

Date: 9-13-06

Signed: _Brenda Caballero_

By: _Brenda Caballero_

Title: _Detainer Clerk_

CENTRAL RECORDS
SEP 13 2006

PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED