| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** November 13, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 9:12 - 9:13 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06-cr-00221-WKW-VPM | **DEFENDANT(S)** Audra Marie Rush |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Christine Freeman |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Do not anticipate trial
   Notice of intent to change plea to be filed on or before noon on December 27, 2006

☐ **TRIAL STATUS**
   Trial time - 2 days

☐ **REMARKS:**