IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO.   2:06CR221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

For good cause it is

**ORDERED** that the deadlines for filing proposed voir dire, jury instructions and motions in limine in the above-case now set for January 2, 2007 be and are hereby **RESET** for **December 28, 2006.**

Done this 17th day of November, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE