# United States District Court

## for

## Middle District of Alabama

RECEIVED

2006 NOV 17 A 8: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: AUDRA RUSH          Case Number: 2:06CR221-WKW

Name of Releasing Judicial Officer: The Honorable Vanzetta Penn McPherson

Date of Release: 10/02/06

Original Offense: Felon in Possession of Firearm

Type of Release: $25,000 Unsecured Appearance Bond

Assistant U.S. Attorney: Verne Speirs          Defense Attorney: Mike Peterson

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Release Condition | |
| 7(a) The defendant shall report to Pretrial Services, Middle District of Alabama, as directed by the Pretrial Services Officer | The defendant failed to report to the U.S. Probation Office as directed on 10/30/06 and 11/06/06. Efforts to locate the defendant have been unsuccessful and her current whereabouts are unknown. |
| 7(q) The defendant shall submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance. | The defendant failed to report for drug testing as directed on 10/30/06 and 11/06/06. |
| 7(e) The defendant shall maintain or actively seek verifiable employment | Although the defendant obtained employment at the Waffle House located on Troy Highway, Montgomery, Alabama, she failed to maintain the job as required. According to her manager, Michelle Blair, the defendant's last day at work was on or about 10/31/06. |

**Response to Prior Supervision and Action taken by U.S. Probation Officer to bring the defendant into compliance:**

The defendant was placed on the code-a-phone drug testing system on 10/02/06 and was provided instructions on how and where to report for drug testing. The defendant acknowledged an understanding, signed the instruction form, and was provided a copy.

Following the defendant's failure to report for the 10/30/06 drug testing as scheduled, the supervising officer attempted to locate her at her stated residence located at 120 White Frost Drive, Montgomery, AL. The defendant was not at home and her whereabouts were unknown, according to her mother, Regina Day. I left instructions with Ms. Day to have the defendant immediately call upon her return home.

On 11/03/06, and after having received no returned call from the defendant, I attempted to locate the defendant at her residence. Ms. Day informed that the defendant had not been home for several days and that she was no longer residing in the home. Ms. Day informed that she was uncertain as to the defendant's current whereabouts. I then notified the defendant's attorney, Christine Freeman, who informed that efforts would be made by the Federal Defenders to locate the defendant and to assist in bringing her into compliance.

On 11/15/06, I spoke with Ms. Freeman who advised that the Federal Defenders Office was unsuccessful in establishing contact with the defendant. On 11/15/06, I contacted the defendant's father, Edward Rush, via telephone. Mr. Rush informed that he was also unaware of the defendant's location despite being in regular phone contact with her. Mr. Rush further informed that the defendant refuses to disclose her location.

**U.S. Probation Officer Recommendation:**

The defendant has been afforded ample opportunity to comply with the conditions of her bond. Attempts to locate the defendant by the U.S. Probation Office and the Federal Defenders Office have been unsuccessful. All efforts to bring the defendant into compliance have been exhausted.

[ X ]   The defendant's release should be revoked and defendant detained.

[ ]    The conditions of release should be modified as follows:

Respectfully submitted,

by   *[signature]*
Jason M. Dillon
U.S. Probation Officer
Date: November 15, 2006

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*[signature]*
Signature of Judicial Officer

11·17·06
Date