**COURTROOM DEPUTY MINUTES**    DATE: 11-27-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:46 - 3:53 pm

- [x] **INITIAL APPEARANCE** ON REVOCATION PETITION
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: DRB | DEPUTY CLERK: sql |
| CASE NO.: 2:06CR221-WKW | DEFT. NAME: Audra RUSH |
| USA: Speirs | ATTY: Conrad |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO |
| | ( ) Stand In ONLY |
| USPTSO/USPO: Dillon | |

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO _____ YES   NAME: _____

- [x] kars.      Date of Arrest 11-27-06  or  [ ] karsr40
- [x] kia.       Deft. First Appearance. Advised of rights/charges.  [x] Pro/Sup Rel Violator
- [ ] kcnsl.     Deft. First Appearance with Counsel
- [ ]            Deft. First Appearance without Counsel
- [ ]            Requests appointed Counsel     [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff.   Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.   Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]            Deft. Advises he will retain counsel. Has retained _____
- [ ]            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]            Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.    **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. Release order entered. Deft. advised of conditions of release
- [ ] kbnd.      [ ] BOND EXECUTED (M/D AL charges) $_____ . Deft released (kloc LR)
- [ ]            [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- [ ]            Preliminary Hearing [ ] Set for _____
- [ ] ko.        Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.    Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [ ] karr.      ARRAIGNMENT SET FOR: _____ [ ] HELD. Plea of **NOT GUILTY** entered.
                 [ ] Set for _____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
                 DISCOVERY DISCLOSURES DATE: _____
- [ ] krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [ ] kwvspt     Waiver of Speedy Trial Act Rights Executed