IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR221-WKW |
| | ) | |
| AUDRA RUSH | ) | |

## ORDER

For good cause, it is

**ORDERED** that a hearing on the petition to revoke the defendant's pretrial release is set for **November 30, 2006, at 1:30 p.m.**, before Chief United States Magistrate Judge Charles S. Coody, in Courtroom 4B, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this 28th day of November, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE