## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 11/30/06 | AT | 1:31 P.M. - 1:38 P.M. |
| DATE COMPLETED: 11/30/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA              *
                                      *
VS.                                   *     CASE NO.: 2:06CR221-WKW
                                      *
AUDRA RUSH                            *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Tommie Hardwick | * | Atty. Christine Freeman |
| Jason Dillon, USPTS/UPSO | | |

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson          Law Clerk: Corrie Long

---

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **BOND REVOCATION HEARING**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| Description | Revocation of Pretrial Release Hrg- 06cr221-WKW | |
| Date | 11/30/2006    **Location**  Courtroom 4B | |

| Time | Speaker | Note |
|---|---|---|
| 1:31:25 PM | Court | Court convenes; parties present as noted; |
| 1:31:37 PM | Atty. Freeman | Addresses the court; Deft will concede that she violated pretrial release conditions ; Deft will not contest the allegations in the petition;   Request that deft remain in jail until we can arrange for detox treatment;  There is a detoxic program in Birmingham called Pierson Hall, lock down facility; treatment program is approximately 20 days; After completion of the 20 day treatment  program, would request that she be assigned as a condition of her release to Hoseanne House, a facility in Opelika, in rural remote Opelika, it's a place for women who have had altercations with the law, have pending cases, and drug problems and other family problems;  place is remote and hard to find, location is kept secret as that this matter be review for placement  for deft; Spoke with Hoseanna House, and they are not taking any new residence until  January beca |
| 1:35:34 PM | Court | Question to probation officer Dillon as to his knowledge about Pierson Hall; |
| 1:35:34 PM | USPO Dillon | I know nothing about Pierson Hall; |
| 1:35:36 PM | Atty. Hardwick | This is the first time hearing of it; |
| 1:35:44 PM | Court | Discussion as to getting information about Pierson Hall; Request that the goverment and pretrial services make any appropriate investigation that they wish as to information of Pierson Hall;  Court will continue this matter until Monday, 12/4/06 at 2:00 pm. |
| 1:37:03 PM | Atty. Freeman | Will not be present  but another attorney  from office will to resolve this matter quickly as possible; |
| 1:37:14 PM | Court | Is there another time on that date that you will be available; |
| 1:37:14 PM | Atty. Freeman | No, leaving that Sunday for week long trip for training; |
| 1:37:21 PM | Court | Whomever you have appear for you will be up to speed on this matter; |
| 1:37:25 PM | Atty. Freeman | Yes sir; |
| 1:37:44 PM | Court | Deft will remain in custody; If the govt and pretrial services are in agreement about that placement, the court request that the parties get together and draft an order for the court to enter that incorporates the suggestions on which you agree; |
| 1:38:07 PM | Atty. Hardwick | This is Mr. Speirs case, have duty this week, if he cannot be present at 2 p.m., will stand in for him; |
| 1:38:28 PM | Court | court is recessed. |