IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**<u>ORDER</u>**

For good cause, it is

ORDERED that the hearing on the petition to revoke the defendant's pretrial release be and is hereby CONTINUED to December 4, 2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 30th day of November, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE