IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

## UNOPPOSED MOTION TO CONTINUE DISPOSITION HEARING

**COMES NOW** the Defendant, Audra M. Rush, by and through undersigned counsel, Kevin L. Butler, and moves for good cause for an order continuing the disposition hearing scheduled for today, Monday, December 4, 2006 at 2:00 p.m. In support of this motion, the Defendant would show the following:

1. Ms. Rush is charged with being a felon in possession of a firearm.

2. On October 2, 2006, Ms. Rush was released subject to conditions set by this Court.

3. On November 30, 2006, Ms. Rush admitted violating conditions of her pretrial release and was detained. However, a final disposition hearing was scheduled for December 4, 2006 at 2:00 p.m. at which time the Court would consider defendant's assertion that other conditions or combination of conditions which would secure her appearance and protect the community. [1]

4. The defense has made contact with multiple detoxification and drug treatment facilities. However, the defense needs additional time to finalize potential placement conditions

---

[1] The U.S. Probation and Pretrial Services Office has informed the defense it will oppose any further pretrial release.

for Ms. Rush at these facilities.

    WHEREFORE, it is in the interest of justice to continue the disposition hearing scheduled for today until such time the defense notifies the Court it has been able to finalize potential placement of Ms. Rush.

                                       Respectfully submitted,

                                       s/ Kevin L. Butler
                                       KEVIN L. BUTLER
                                       First Assistant Federal Defender
                                       201 Monroe Street, Suite 407
                                       Montgomery, Alabama 36104
                                       Phone: (334) 834-2099
                                       Fax: (334) 834-0353
                                       E-mail: kevin_butler@fd.org
                                       AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-221-WKW** |
| | ) | |
| **AUDRA M. RUSH** | ) | |

### CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                            Respectfully submitted,

                                            s/ Kevin L. Butler
                                            KEVIN L. BUTLER
                                            First Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: kevin_butler@fd.org
                                            AZ Bar Code: 014138