IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:06CR221-WKW |
| | ) | |
| AUDRA M.. RUSH | ) | |

### ORDER

Upon consideration of the *Unopposed Motion to Continue Disposition Hearing* (doc. #29) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED** and that the revocation of pretrial release hearing presently set for today**, December 4, 2006,** at **2:00 p.m**, is **CONTINUED generally**. It is further

**ORDERED** that pending the conclusion of the final revocation hearing, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 4th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE