IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

## **ORDER**

For good cause, it is

    ORDERED that the portion of the pretrial order setting a pretrial conference for December 18, 2006 be and is hereby vacated.

    DONE, this 5th day of December, 2006.

    /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE