IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr221-WKW-CSC |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby SET for a final pretrial conference on

December 15, 2006, at 1:00 p.m. in **Courtroom 4B**, United States Courthouse, One Church

Street, Montgomery, Alabama.   The deadline for dispositive motions has expired and is not

extended.

Done this 5th day of December, 2006.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE