COURTROOM DEPUTY MINUTES           DATE:   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA         DIGITAL RECORDED: 1:30 - 1:31

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR221-WKW-CSC    **DEFENDANT NAME:** AUDRA M. RUSH

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. VERNE SPEIRS | ATTY. CHRISTINE FREEMAN |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** ~~None~~ Petition to Revoke Pretrial Release.

☑ **PLEA STATUS:** Possible plea

☑ **TRIAL STATUS:** Deft may file m/continue trial. Will take 2 1/2 days to try case.

☐ **REMARKS:**