IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-221-WKW** |
| ) | |
| **AUDRA M. RUSH** ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, Audra Rush, by undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A) that this Court continue this matter from January 8, 2007 trial docket.

In further support of this motion, the Defendant would show the following:

1.  The undersigned counsel and government are in the process of scheduling a proffer in this case, and both parties agree that a trial will not be necessary.

2.  The attorney for the government in this case, Verne Speirs, Esq., does not oppose this motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                              **s/Christine A. Freeman**
                                              **CHRISTINE A. FREEMAN**
                                              **TN BAR NO.: 11892**
                                              Attorney for Xavier Thomas
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL:   (334) 834-2099
                                              FAX:   (334) 834-0353
                                              E-Mail: Christine_Freeman@fd.org