IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO:2:06-CR-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

**ORDER**

Now pending before the court is non-party Elmore County Department of Human Resources' motion for protective order and motion to quash (doc. # 42), the defendant's response to the motion to quash and motion to seal (doc. # 47) and the defendant's motion to seal (doc. # 46). Upon consideration of the motions and the defendant's response, it is

ORDERED that the motions to seal (doc. # 47 & 46) be and are hereby GRANTED. The motion for a protective order and motion to quash (doc. # 42), the defendant's response to the motion and motion to seal (doc. # 47), and the defendant's motion to seal (doc. # 46) be and are hereby placed **under seal** until further order of this Court. It is further

ORDERED that the motion for a protective order and motion to quash (doc. # 42) be and is hereby SET for oral argument at 10:00 a.m. on January 4, 2007, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE