IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

On January 4, 2007, the court heard argument on the several pending motions (doc. # # 41, 42, 50, 54 and 55) relating to subpoenas issued by the defendant for production of records in the custody, care and control of the Montgomery and Elmore County Department of Human Resources. Based on the agreement of counsel, it is

ORDERED as follows:

1. The motions to seal contained in the motions listed above are hereby GRANTED.

2. On or before, January 31, 2007, counsel shall meet and confer concerning a resolution of the issues raised in the motions.

3. On or before February 2, 2007, counsel shall report to the court the status of their negotiations. It is further

ORDERED that pending receipt of the status report, the court shall hold in abeyance the resolution of the motions.

Done this 4th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE