IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.   2:06CR221-WKW |
| ) | |
| AUDRA RUSH ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case for April 23, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 16, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 8th day of January, 2007.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE