IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

## MOTION TO PERMIT LATE FILING

**COMES NOW** the undersigned counsel, Christine A. Freeman, and respectfully requests permission for late filing of the Ex Parte Report required by this Court in Document 58.

In support of this Motion, Defendant would show:

1. This Report was due on February 2, 2007.

2. Pursuant to the Court's order, defense counsel and counsel for the Department of Human Resources conferred in January and the Department's counsel presented a draft agreement to undersigned counsel on January 22..

3. Undersigned counsel overlooked the due date and neglected to bring the parties' proposal to the Court's attention.

4. The Report and proposed agreement have now been prepared and are being tendered to the Court.

5. No party will be prejudiced by this delay; however, defense counsel apologizes to the Court and opposing counsel for this oversight.

WHEREFORE, Defendant requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and James E. Long, Counsel for Department of Human Resources..

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org