IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. CASE NO. 2:06cr221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

Now pending before the court is the defendant's motion to permit late filing (doc. # 61). Upon consideration of the motion, and for good cause, it is

**ORDERED** that the motion to permit late filing (doc. # 61) be and is hereby GRANTED and the deadline for submitting a report on the status of the outstanding motions be and is hereby extended from February 2, 2007, until February 12, 2007.

Done this 7th day of February, 2007.

　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE