IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB -7 P 4:28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

### *MOTION TO SEAL EX PARTE STATUS REPORT*

The defendant, Audra M. Rush, by counsel, hereby **MOVES TO SEAL** the Ex Parte Status Report filed on February 7, 2007.

WHEREFORE, Defendant respectfully requests that this Motion be granted and that this Motion be filed **under seal.**

Respectfully submitted,

/s/ For CHRISTINE FREEMAN
CHRISTINE A. FREEMAN
TN Bar Code: 11892
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I filed the foregoing with the Clerk of the Court under seal, and sent notice of same to James E. Long, Deputy Attorney General, Department of Human Resources, Montgomery Regional Legal Office, 3030 Mobile Highway, P.O. Box 304000, Montgomery, Alabama 36130-4000.

/s/ *For Christine Freeman*
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CR: 2:06-CR-221-WKW ) |
| AUDRA M. RUSH, | ) ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is non-party Elmore County Department of Human Resources Motion for Protective Order (Doc #42) and non-party Montgomery County Department of Human Resources Motion for Protective Order (Doc #50). Upon consideration of the motions, responses and argument of counsel, the Court finds the following documents possibly material and relevant to the issues pending herein:

1. Elmore County, Alabama Juvenile Court dependency and termination of parental rights orders regarding Defendant and her children.

2. Elmore County Department of Human Resources court reports filed in the court cases referenced in Number 1 above.

3. Jackson County Hospital delivery and blood test results, and Discharge/Progress notes on Defendant and her child in August 2005.

4. Elmore County Department of Human Resources comprehensive family assessment evaluation on Defendant dated December 2004.

5. Elmore County Department of Human Resources assessment on Defendant dated December 2000.

6. Adoption non-identifying background information summary on Defendant and family.

7. Child Abuse Record dated August 2005 listing Defendant as perpetrator in an "indicated" report.

8  Child Abuse Record dated June 1999 listing Defendant as child victim in a "not indicated" report.

9. Child Abuse Record dated July 1989 listing Defendant as child victim in an "incomplete" report.

It is hereby ORDERED, ADJUDGED, and DECREED that copies of such records be produced by DHR to Defendant's legal counsel. All other documents sought by the subpoena are deemed confidential and shall

not be disclosed except upon further order of this Court.

It is further ORDERED, ADJUDGED, and DECREED that disclosure of confidential material produced shall be restricted to this litigation for such use by the parties as is permitted by the Rules and Orders of this Court. All parties to this case and their legal counsel shall maintain the confidentiality of all DHR records. All parties hereto shall disclose the records only to the following:

- (a) the Court,
- (b) counsel for a party, and his or her agents and employees;
- (c) persons with prior legal access to said records;
- (d) court officials involved in the litigation, including court reporters;
- (e) persons noticed for deposition or designated as trial witnesses, to the extent reasonably necessary in preparing to testify or actually giving testimony, provided such persons are directed to keep confidential those matters protected by this order;
- (f) outside consultants or experts retained for the purpose of assisting counsel in the litigation, or in anticipation of such, provided said persona re directed to keep confidential those matters protected by this order; and
- (g) members of the jury.

Any DHR records admitted into evidence or otherwise made a part of the record in this case shall be placed under seal and shall not be made a part of the public record of this case nor released to members of the public.

DONE this _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE