IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CASE NO: 2:06-CR-221-WKW |
| ) | |
| AUDRA M. RUSH ) | |

### MOTION FOR RELEASE TO HOSANNA HOME

**COMES NOW** the defendant, AUDRA RUSH, by undersigned counsel, and respectfully moves for her release under the following conditions:

1. Hosanna Home, a residential program in rural Lee county, has a bed space available for Ms. Rush and will hold it for her through February 2007.

2. Hosanna Home is a faith-based treatment facility several miles outside Opelika, for adult women with substance abuse and/or other "life controlling problem." Although the program is faith-based, no particular religious belief or religious activity is mandatory. Other women on supervision or pretrial release with this Court have previously been placed at Hosanna Home and have benefitted substantially from the drug treatment and life counseling provided by the facility.[1] The daily routine at Hosanna Home is highly structured and includes required chores, counseling, education, and restriction to the home and staff supervision. Where necessary, transportation is provided to outside counseling or court

---

[1] One of undersigned counsel's prior clients lived at Hosanna Home several months, succeeded so well that she voluntarily extended her stay after her case was over. She graduated from an educational program, obtained computer training, worked part time with children, and began college attendance.

appearances. Materials from the website describing Hosanna Home are attached to this pleading. "Mothers Against Meth" includes Hosanna Home on their referral list for treatment for methamphetamine abuse.

3. Ms. Rush has voluntarily not sought release for several months, while her request for Hosanna Home residence was being considered.

4. Ms. Rush is 24 years old, has four children, and has a substantial drug abuse history. Each of her parents, who are divorced, has a drug or alcohol abuse history. Her children have each been in the legal custody of the Department for Human Resources for most of their lives. Ms. Rush needs the intensive care and attention that Hosanna Home provides. Whatever the outcome of the pending case, Ms. Rush is unlikely to encounter this intensive therapy and guidance in any other setting.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

*Hosanna Home*

The Hosanna Home program is an adult women's program designed especially for women 18 years of age and older who have some kind of life controlling problem. The program consists of one year of intensive Bible training, other teaching on family responsibility, understanding authority and discipline and work ethic/skill development. This is all based on Biblical principles and accomplished in an atmosphere of love.



The program is a spiritual ministry concerned with the whole person; body, soul, and spirit. It endeavors to help the resident establish integrity with God, her fellow man, her family, and herself. The program lasts for one year and may be entered at any time. For the first 30 days, residents are restricted to the home except when traveling with the group to church, special trips, etc. All communication with the outside will be handled through a staff member.

For the first 90 days, residents cannot leave the home unless in the company of a staff member or senior resident with staff approval. After 9 months residents are encouraged to prepare to enter the workforce. At that time, a resident may be allowed to work part-time, but only with staff approval and due to extreme need i.e. child support, etc. During this time, the staff will assist in workplace ethic, financial management and responsibility.

Any time a resident is employed or receives monies from outside the home, she will be required to pay 25% of her income to the home to help defray the cost of her residency. She is also expected to tithe 10% to the church attended by the residents. Employed residents will place the remaining portion of their income in the Hosanna Home women's account. This account is in a local bank. The resident may draw from this account for old fines, court ordered child support, voluntary child/family support, personal clothing needs and other special needs with staff approval.

Residents are not allowed to have over $4.00 in their possession at any time. Upon leaving the program the resident will withdraw all the money from her account and sign a release form.

Any resident under the age of 18 who does not have a high school diploma will not be allowed to work until she earns her GED.

During the entire 12 months of the program all residents are required to participate in all activities of the program. It is understood that illness, family emergencies, court appearances, medical appointments, etc. will, from time to time prevent participation. Such absences from program activities will be kept to a minimum.

Residents attend Sunday morning services at First Baptist Church in Opelika, AL with the director and evening services at church at director's choice and discretion.

### Enrollment Process

To be considered for enrollment at Hosanna Home, the applicant must first want help and be willing to do her part to receive it.

*"We can't do God's part, God won't do our part"* ~Oswald Chambers

1. Complete an application and return it for consideration.
2. Be in reasonably good health.
3. Be willing to abide by all Hosanna Home Rules.

### Program Goals

- To provide an opportunity for residents to accept and follow Jesus Christ as their personal Lord and Savior.
- To provide an opportunity to study, understand and practice Godly principles in everyday life as taught in God's word.
- To provide an understanding of what happens when we violate God's principles and how to find a place of restoration when we do.
- To provide an understanding of how to deal with life-controlling problems and how to prevent them according to God's word.
- To provide an opportunity for the residents to develop Christ-like character and the fruit of the spirit; by attending Bible classes, various teaching encounters, living with other residents who have similar problems, and relating to Hosanna Home leadership, staff and visiting ministers and friends.

### Word of the Day

But if your enemy is hungry, feed him, and if he is thirsty, give him a drink; for in so doing you will heap burning coals on his head. Do not be overcome by evil, but overcome evil with good. Romans 12:20-21



PRAYER REQUESTS
Let us Pray for You!

**Our Mission:**
Discipling women to follow Christ

**Our Vision:**
To provide a safe haven/refuge for women away from the cares of this world and to equip them to be self-sufficient members of their home/community.

**Our Motto:**
Bringing hope to the hopeless and that hope is Jesus Christ

**Our purpose:**
- Making women aware of God's love for them.
- Teaching them by example how to respond to Gods love.
- Equipping them to follow Christ.
- Training them to make disciples.
- Sending them out to be a Godly women in their home environment/community.

- Being an efficient, productive worker is a Christian responsibility to yourself, to your family, to society and ultimately to God. The program is designed to reinforce the truth that Christians should excel at their job, because they are Christians.

### Director



T.R. Amason

Phillip and I are really happy to be a part of the ministry and what God is doing in the lives of our ladies. We have been married for 19 years and have four wonderful children: Erica 17, Taylor 16, Lacy 12, and Shawn 10. We have both been involved in ministry work with children for the last 15 years (mostly teenagers), however, working with these kids really made us see that there was a great need to reach out to the entire family. From that, a desire was birthed in our hearts to work with ladies with life-controlling problems. So when God opened the door at Hosanna Home for us, we were so excited, but humbled that God would actually give us this opportunity.

© Copyright 2005-2007, Harvest Evangelism Ministries, Inc.
Web maintenance by James Nylen
All rights reserved. Privacy Policy

"The ministry of Harvest Evangelism is based on one thing—love. It is this love that takes us into bars, onto the streets, and into the churches. Anywhere there are hurting and lonely people desperate for answers, we go."



# Mothers Opposing Meth
## M.O.M.

Home

What is it?

Help

Links

Contact

Blog

## Information on centers for treatment, rehabilitation, and recovery.

| For Women | For Men |
|---|---|
| New Beginnings Recovery Homes<br><br>820 Gerhardt Drive<br>Pensacola, Fl 32503<br>Attn: Chris or Janice<br>850-439-1522<br>www.newbeginningsrecovery.com | Waterfront Rescue Mission<br>206 State Street<br>Mobile, Al<br>Attn: Rev. Sarn Bradley<br>251-433-1847<br>www.waterfrontmission.org/mobilemission.html |
| Harvest Vineyard Mission<br>544 N. Main Street<br>Crestview, Fl 32536<br>Attn: Nadia<br>850-682-6447 | Waterfront Rescue Mission<br>16 W Main Street<br>Pensacola, Fl 32502<br>Attn: Chaplain Don<br>850-436-7850<br>www.waterfrontmission.org |
| Waterfront Recovery/Rescue<br>100 West Cervantes<br>Pensacola, Fl 32501<br>Attn: Bill or Connie<br>850-436-7857<br>www.waterfrontmission.org | Harbor House<br>7801 Hillburn Road<br>Pensacola, Fl 32514<br>Attn: Edward Moon<br>850-473-9603 |
| Home of Grace (Mobile, Al)<br>394 Aldock Road<br>Eight Mile, Al 36613<br>Attn: Rhonda<br>850-456-7807<br>www.homeofgraceforwomen.com | Pathways Ministries<br>PO Box 2359<br>Panama City, Fl 32402<br>850-763-1783<br>www.pcmission.org/recovery.html |
| T.R. Hosanna House<br>PO Box 907<br>Opelika, Al 36803<br>Attn: T.R. Amisot, Dir.<br>334-864-0093<br>www.harvestevangelism.org | Mission of Hope<br>14970 Mission Road<br>Mobile, Al 36608<br>Attn: Rev. Lonnie L. Miller<br>251-649-0830<br>www.waterfrontmission.org/mobilemission.html |
| Foundry Mission & Recovery Center<br>PO Box 824<br>Bessemer, Al 35201<br>Attn: Mary Ann Culver | His Place<br>1415 Second Ave.<br>Opelika, Al 36801<br>Attn: John Jenkins |

205-428-8449 ext 24
www.thefoundryonline.org

Damascus Way/Valley Rescue Mission
921 Howell Mill Road
Atlanta, Ga 30318
Attn: Robin Crews
404-532-1929
www.playingtheangel.org

Teen Challenge USA
PO Box 1015
Springfield, Mo 65801
417-862-6969
www.teenchallengeusa.com
E-mail: tcusa@teenchallengeusa.com

My Sisters House
921 Howell Mill Rd., NW
Atlanta, Ga 30318
404-532-1929
www.aumcares.org

Pathways Ministries
PO Box 2359
Panama City, Fl 32402
850-763-1783
www.pcmission.org/recovery.html

334-794-2130
www.harvestevangelism.org

Brother Leo Men's Center/Valley Rescue Mission
2403 3rd Ave.
Birmingham, Al 35203
Attn: Bob Scheild
205-324-2271
www.jimmiehalemission.com/mens

Howard Mow Center/Valley Rescue Mission
2903 2nd Ave.
Columbus, Ga 31904
Attn: Mike Crain
706-322-8267
www.valleyrescuemission.com

Harvest Vineyard Mission
344 North Main St
Crestview, Fl 32536
Attn: Nadia
850-682-6447

New Beginnings Recovery Homes
820 Gerhardt Drive
Pensacola, Fl 32503
Attn: Chris or Janice
850-439-1522
www.newbeginningsrecovery.com

Teen Challenge USA
PO Box 1015
Springfield, Mo 65801
417-862-6969
www.teenchallengeusa.com
e-mail: tcusa@teenchallengeusa.com

The Potter's House
655 Potter's House Road
Jefferson, Ga 30549
706-543-8338
www.aumcares.org

The Carpenter's House
2355 Bolton Rd., NW
Atlanta, Ga 30318
404-350-1300
www.aumcares.org

Dale County Rescue Mission
182 Martin Street
Ozark, Al 36360
Attn: Dr. Charles W. Gann
33-774-6553
www.ozarkrescuemission.org

Fort Walton Beach Mission
PO Box 637
Fort Walton Beach, Florida 32549
850-796-0700
Attn: Louie Carlton
E-mail:lcarlton@waterfrontmission.org
www.waterfrontmission.org/ftwaltonmission.html

