COURTROOM DEPUTY MINUTES          DATE : FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:06 – 1:09

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR-221-WKW-CSC     **DEFENDANT NAME:** AUDRA M. RUSH

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. VERNE SPEIRS | ATTY. CHRISTINE FREEMAN |

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** Deft's Motion Release to Hosanna Home;
Gov't to respond to Motion by 2/22/07.

☐ **PLEA STATUS:**

☑ **TRIAL STATUS:** Will take 2 day to try case.

☐ **REMARKS:**