IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION FOR RELEASE TO HOSANNA HOME

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby responds to Defendant's Motion For Release to Hosanna Home.

On September 7, 2006, a federal grand jury sitting in the Middle District of Alabama returned a one count indictment charging Rush with a violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. Defendant has previously been convicted by the State of Alabama of Breaking and Entering a Vehicle and Theft of Property, Second Degree.

On October 2, 2006, Rush was released from custody subject to conditions set by this Honorable Court. Rather than abide by the conditions of this Honorable Court, Rush violated her pretrial release. Rush has been detained since November 20, 2006. On February 21, 2007, the United States contacted United States Probation Officer Jason Dillon regarding his assessment of Rush's likelihood of success should she be released to Hosanna Home. According to PO Dillon, Rush has an extremely low likelihood of success at Hosanna Home or any other facility. According to PO Dillon, Rush has negligible motivation to abide by any conditions set by this Honorable Court.

Indeed, based upon his previous supervision of Rush, PO Dillon adamantly opposes releasing Rush from custody.

Therefore, based upon the assessment of the United States Probation Office and Rush's demonstrated inability to abide by conditions set by this Honorable Court, the United States opposes Rush's request for release to Hosanna Home.

Respectfully submitted this 22nd day of February, 2007.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/ Verne H. Speirs
                              VERNE H. SPEIRS
                              Assistant United States Attorney
                              1 Court Square, Suite 201
                              Montgomery, Alabama 36104
                              (334) 223-7280
                              (334) 223-7135 Fax
                              verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine A. Freeman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
1 Court Square, Suite 201
Montgomery, Alabama 36104
(334) 223-7280
(334) 223-7135 Fax
verne.speirs@usdoj.gov