IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v  ) | CR. NO. 2:06cr221-WKW |
| ) | |
| AUDRA MARIE RUSH  ) | |

**O R D E R**

Now pending before the court is the motion for release to Hosanna House (doc. # 67) filed by the defendant on February 16, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that a hearing on the motion for release be and is hereby **SET** for **March 2, 2007 at 1:30 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the persons having custody of the defendant shall produce the defendant for the hearing.

Done this 23rd day of February, 2007.

                                    /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE