IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. CASE NO. 2:06cr221-WKW |
| ) | |
| AUDRA MARIE RUSH ) | |

**ORDER**

On February 7, 2007, the defendant filed a status report in which she notified the court that with respect to non-party Montgomery County Department of Human Resources' motion for protective order and motion to quash (doc. # 41) the parties have conferred and reached an agreement on the documents to be disclosed. On February 14, 2007, the court entered an order outlining the documents to be produced. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion for a protective order and motion to quash (doc. # 41) be and is hereby DENIED as moot.

Done this 26th day of February, 2007.

                     /s/Charles S. Coody
                     CHARLES S. COODY
                     CHIEF UNITED STATES MAGISTRATE JUDGE