# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 3/2/07 | AT | 1:32 p..m. to 2:11 p.m. |
| DATE COMPLETED: 3/2/07 | AT | Digital Recorded |

UNITED STATES OF AMERICA

    Plaintiff

VS.       CASE NO.: 2:06CR-221-WKW

AURDA MARIE RUSH

    Defendant

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Verne Speirs | | Atty. Christine Freeman |
| USPO: Jason Dillon | | |

**COURT OFFICIALS PRESENT:**

| | |
|---|---|
| **COURTROOM DEPUTY**: WANDA STINSON | **LAW CLERK**: Corrie Long |

---

( X ) OTHER PROCEEDINGS: **Motion hrg Re: Motion for Release to Hosanna Home**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | |
|---|---|---|
| **Description** | Motion hrg - 06cr221-WKW | |
| **Date** 3 / 2 /2007 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 1:32:51 PM | Court | Court convenes; Discussion of Deft's motion for release to Hosanna Home and the Government opposes; Deft's has the burden; |
| 1:33:11 PM | Atty. Freeman | Calls Renee Ross, Investigator with Federal Defender's office ; witness is sworn and seated; Discussion of witness education background and experience as a social worker; Discussion of evaluation of deft's history or background; Description of Hosanna House; Discussion of programs offered by Hosanna House; Discussion as to the supervision and restrictions of women at Hosanna House; Discussion of defts background;Discussion of meeting with deft's parents; |
| 1:42:50 PM | Atty. Speirs | Objection as to relevance of discussion about deft's parents; |
| 1:43:14 PM | Atty. Freeman | Respsone; |
| 1:43:20 PM | Court | Will allow it; |
| 1:43:22 PM | Atty. Freeman | Testimony continues; Discussion of meeting with deft's father; Discussion of any treatments received by deft ; Discussion of deft substance abuse history; |
| 1:48:07 PM | Atty. Speirs | Cross - examination; Discussion of Deft's present charges; Discussion of deft's failure to abide by conditions of release by this court; |
| 1:50:42 PM | Atty. Freeman | Re-direct; |
| 1:50:49 PM | Court | Witness is excused; |
| 1:50:55 PM | Atty. Freeman | Nothing further; |
| 1:50:59 PM | Atty. Speirs | Calls USPO Jason Dillon; witness is sworn and seated; Discussion of supervision of deft; |
| 1:56:20 PM | Atty. Freeman | Cross examination; Discussion of deft arrest on violation petition; Discussion of assessment of substance abuse of deft; |
| 2:03:44 PM | Atty. Speirs | Re- direct; |
| 2:04:35 PM | Court | Witness is excused; Discussion as to purpose of release; |
| 2:04:49 PM | Atty. Freeman | Response; |
| 2:05:16 PM | Court | Response; Discussion as to the bail reform act; |
| 2:06:12 PM | Atty. Freeman | Response; |
| 2:06:26 PM | Court | Discussion as to deft history to comply with orders of the court; |
| 2:07:00 PM | Atty. Freeman | Response; |
| 2:08:13 PM | Court | Response as to supervision of deft in the past; |
| 2:08:43 PM | Atty. Freeman | Response as to restrictions and location of Hosanna House; |
| 2:09:57 PM | Atty Speirs | Addresses the court; |
| 2:11:21 PM | Atty. Freeman | Response; |
| 2:11:47 PM | Court | Will take matters under advisement; Deft is remanded to custody of USMS. Court is recessed. |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:06CR-221-WKW |
| AURDA MARIE RUSH | * | |
| Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**

1. Jason Dillon, USPO

**DEFENDANT**

1. Renee Ross, Invest.