## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:06-CR-221-WKW** |
| | **)** | |
| **AUDRA M. RUSH** | **)** | |

## REQUESTED VOIR DIRE

**COMES NOW** the Defendant, **Audra Rush**, by and through undersigned counsel,

and requests the Court to ask the attached questions during Voir Dire in this case.

Dated this 16th  day of April 2007.

Respectfully submitted,


<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-221-WKW** |
| | ) | |
| **AUDRA M. RUSH** | ) | |

### REQUESTED VOIR DIRE

1.      Ms. Rush requests that the following general instruction be given to the Venire, prior to jury selection in this matter:

### INSTRUCTIONS TO ENTIRE VENIRE

This is a criminal case in which the United States Government has brought a charge against Ms. Audra Rush.  Both the Government and Ms. Rush have a right to have this case tried by qualified, fair and impartial jurors, who are responsible and capable, and who will, without fear, favor, bias, prejudice, sympathy or passion, hear and decide the issues to be tried fairly and objectively, and who will render their verdict based solely on the evidence admitted during the trial and the law applicable to the case as given to the jury by me at the end of the trial.

A juror's qualifications and ability to render a fair and impartial verdict may not be assumed without a series of questions.  This inquiry is known as the Voir Dire Examination.  The purpose of the Voir Dire examination is to develop the whole truth concerning your frame of mind,  ability, and competency to do your sworn duty in accordance with the juror's

oath. Your answers to the questions will not only enable me to determine whether any of you should be excused from jury duty, but your answers will also allow counsel for the parties to make intelligent use of peremptory challenges. These challenges are provided by law and allow the parties to excuse jurors without assigning a particular reason.

You should understand that it is expected that your answers to the questions will be complete and truthful. Each of you is required to disclose any reason or matter that might tend to disqualify you from participating as a juror in this case. False or misleading answers may result in the seating of a juror who might have been discharged by the court or stricken by a peremptory challenge and could result in a miscarriage of justice.

Although the questions are addressed to you collectively, they should be considered as though directed to each of you individually.

**THE INDICTMENT EXPLAINED**.

This case comes to court based on an Indictment by the Grand Jury. You must not conclude that Ms. Rush is guilty based solely on this indictment. The government has the burden of proving beyond a reasonable doubt that Ms. Rush has committed the offense charged in the indictment. Ms. Rush is charged in Count 1 of the indictment with knowingly possessing a firearm after being convicted of a felony offense. Ms. Rush has entered a plea of not guilty to the charges in the indictment and has requested a trial by a jury of her peers.

3

2.      During trial, everyone will need to hear the witnesses, the attorneys and the Court.  With that in mind, if you can hear me clearly, please raise your hand.

3.      If any of you cannot read, write, speak or understand the English language, please raise your hand.

4.      If any of you cannot see well, please raise your hand.

5.      Some jurors indicated on the jury questionnaire that they have health conditions which may interfere with their ability to serve as a juror.  If you have any health condition that the court needs to be made aware of, please raise your hand.  You may step forward to discuss the matter with the court in private if you so desire.

6.      If anyone is taking medication that will affect your ability to concentrate or to sit through a trial, please raise your hand.  You may step forward to discuss this matter with the court in private if you so desire.

7.      If anyone has been convicted of a felony in state or federal court and not received a pardon, please raise your hand.

8.      Are you related by blood or marriage to, or are you personally acquainted with Ms. Rush?

9.      Do you or any member of your immediate family have any connection of any kind with Ms. Rush?

10.      [After all counsel and witnesses have been identified]  Are you or any member of your family related by blood or marriage, or do you know any of the attorneys or witnesses

4

connected to this case? If so, please identify the particular person or persons.

11.     Do you know or are you related by blood or marriage, to any employee of the United States Attorney's Office? If so, please identify the particular employee.

12.     To the best of your knowledge, have you or has any member of your immediate family ever been counseled or represented by the United States Attorney or any Assistant United States Attorney or by the defense attorney or members of the defense attorney's firm? If so, please identify the particular attorney.

13.     Do any of you recognize a member of this jury panel as a relative, a friend or an associate of yours? If yes, please state the person and how you know him or her.

14.     Have you participated in a criminal case, as a complainant, witness or defendant, or in any other capacity? If yes, please raise your hand. You may step forward to discuss this matter with the court in private if you so desire.

15.     Have you or any member of your family or any close acquaintance ever served as a law enforcement officer? If yes, when and where?

16.     Have you or any member of your family or any close acquaintance ever taken any courses of study in law enforcement or criminal justice?

17.     Is any member of your immediate family or any personal friend or acquaintance currently a law enforcement officer? If yes, with what agency?

18.     Are you, any member of your immediate family, or a close personal friend or acquaintance presently a federal, state or local government official or employee? If yes, with

what agency?

19.    Have you or any member of your family ever been a government official or employee?  If yes, in what capacity?

20.    Does anyone have any moral, political or religious objection to serving as a juror on a case that involves firearms?

21.    Is there anyone here who does not own a firearm?  If you do not own a firearm or have a firearm in your home, please raise your hand.

22.    Have you, a member of your immediate family or a close personal friend ever been the victim of a crime?  If yes, please raise your hand.  You may step forward to discuss this matter with the court in private if you so desire.

23.    Does anyone believe that if a person has already  made a mistake, such as a prior felony conviction, then that person probably also did whatever other wrongdoing the government accuses the person of?

24.    Does anyone believe that it is more likely than not that a person with a prior felony conviction will commit an illegal act in the future, such as illegal possession of a firearm?

25.    Is there anyone who thinks that requiring the government to present evidence beyond a reasonable doubt, instead of just probable or likely evidence, is too high or unfair a burden for the government?

26.    Do each of you understand that an indictment is simply the Government's

accusation against Ms. Rush, and that the indictment is not evidence of any fact?

27.    Do you further understand that you cannot draw any inference that Ms. Rush is guilty of anything merely because the Government has made an accusation against her? Do you understand that Ms. Rush sits before you presumed innocent of any offense until the Government meets its burden to prove to you Ms. Rush's guilt beyond a reasonable doubt?

28.    If the Government fails to prove that Ms. Rush is guilty beyond a reasonable doubt, you must find her "not guilty."  If, in your own mind, you conclude that the Government has failed to prove that Ms. Rush is guilty beyond a reasonable doubt, you must vote for a finding of not guilty, even if you are the only juror who has reached that conclusion. If you would have difficulty maintaining your own independent judgment, in the face of differing opinions, raise your hand.

29.    This is not a sequestered jury (explain).  This trial will require an estimated two days to complete.  Are there any business, social or personal matters which would so interfere with your concentration during this trial for that period of time that you should not serve as a juror in this case?

30.    Can you think of any other matter which you should call to the Court's attention which may have some bearing on your qualifications or competence as a juror?

31.    Do you know of any reason, matter or thing that may prevent you from doing your sworn duty to render an impartial verdict based solely upon the evidence presented in this trial and the law as you receive it in the Court's instruction?

32.     The attorneys have asked me to make sure that you know that during the course of the trial, people participating in the trial are not allowed to speak to jurors.  This includes even polite or casual conversation.  Please do not be offended if you see one of the attorneys or witnesses in this case, and he or she does not acknowledge or speak to you.  The rules of the Court prevent them from doing so.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-221-WKW** |
| | ) | |
| **AUDRA RUSH** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Verne Speirs, Esquire
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104

> <u>s/Christine A. Freeman</u>
> **CHRISTINE A. FREEMAN**
> **TN BAR NO.: 11892**
> Attorney for Audra Rush
> Federal Defenders
> Middle District of Alabama
> 201 Monroe Street, Suite 407
> Montgomery, AL 36104
> TEL:  (334) 834-2099
> FAX:  (334) 834-0353
> E-Mail: Christine_Freeman@fd.org