**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-221-WKW** |
| | ) | |
| **AUDRA M. RUSH** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **AUDRA RUSH,** by and through undersigned counsel, Christine A. Freeman, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty, pursuant to F.R.Cr.P. 11(c)(1)(C). The Defendant waives her right to plea in front of a district judge and consents to do so before a magistrate judge. Ms. Rush is in custody as a federal prisoner in the Autauga County Jail in Prattville, Alabama.

Respectfully submitted,

**s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                **s/Christine A. Freeman**
                                                **CHRISTINE A. FREEMAN**
                                                **TN BAR NO.: 11892**
                                                Attorney for Audra Rush
                                                Federal Defenders
                                                Middle District of Alabama
                                                201 Monroe Street, Suite 407
                                                Montgomery, AL 36104
                                                TEL:  (334) 834-2099
                                                FAX:  (334) 834-0353
                                                E-Mail: Christine_Freeman@fd.org