IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06cr221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 82) filed on April 17, 2007, and for good cause, it is hereby

**ORDERED** that the defendant's change of plea hearing presently set in Courtroom 4B before United States Magistrate Judge Charles S. Coody be and is hereby **RESET** for **April 19, 2007**, at **9:00 a.m.,** in **Courtroom 5A**, **before United States Magistrate Judge Wallace Capel**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 18th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE