IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) | |
| v. ) ) | CR. NO. 2:06cr221-WKW |
| AUDRA MARIE RUSH ) | |

## ORDER

Audra Marie Rush ("Rush") pled guilty to Count 1 of the Indictment (Doc. # 1) on April 19, 2007. It is ORDERED that because Rush entered a plea of guilty, her Motion in Limine (Doc. # 77) is rendered MOOT.

Done this 23rd day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE