## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-CR-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

## NOTICE OF FILING OF SENTENCING EXHIBITS

COMES NOW the Defendant, **AUDRA M. RUSH**, by and through undersigned

counsel, Christine A. Freeman, Esquire, and notifies the Court of the filing of the attached

Exhibits.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

<div align="right">

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

</div>



**Audra at 9 months old at family outing**



Audra at 1 years old



**Audra at 2 years old with father**



Audra at 2 years old with what looks to be a cigarette

One of mother's many boyfriends





**Audra and younger brother, Ryan**

Audra at 4 years old

# Audra with grandmother





Audra's two daughters

Audra with son, Cameron