**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:06-CR-221-WKW** |
| | **)** | |
| **AUDRA M. RUSH** | **)** | |

**SECOND NOTICE OF FILING SENTENCING EXHIBITS**

COMES NOW the Defendant, **AUDRA M. RUSH**, by and through undersigned

counsel, Christine A. Freeman, Esquire, and notifies the Court of the filing of the attached

Exhibits.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square,

Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

Mother and Grandmother

Case 2:05-cr-00022-JWS-JDR   Document 1089   Filed 06/26/2007   Page 1 of 1





**Mother and Audra**



Mother and sister-in-law



**Mother and Audra**