IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

## UNOPPOSED MOTION TO CONTINUE

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to continue the sentencing in the above-referenced cause from its June 29, 2007 scheduled date. In support of this motion the Government offers the following:

1. The undersigned Assistant U.S. Attorney who prosecuted this case is out of the state with a family medical emergency and will be unavailable for the scheduled sentencing.

2. There are sentencing issues that the undersigned Assistant U.S. Attorney feels will require his presence at the sentencing hearing and could not be adequately handled by a duty assistant who would be unfamiliar with the events and facts of the case.

3. The attorney of record in this case, Christine Freeman, has advised this office that she has no objections to this motion.

4. Accordingly, based on the foregoing, the United States respectfully moves this Court to continue the sentencing in this matter until a later date to allow for the undersigned Assistant U.S. Attorney to handle the sentencing in this matter.

Respectfully submitted, this the 28th day of June, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        1 Court Square, Suite 201
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA M. RUSH | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    1 Court Square, Suite 201
    Montgomery, Alabama 36104
    (334) 223-7280
    (334) 223-7135 Fax
    verne.speirs@usdoj.gov