IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA RUSH | ) | |
| | ) | |

## **ORDER**

Upon consideration of the government's Unopposed Motion to Continue (Doc. # 101), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from June 29, 2007, to **September 26, 2007, at 10:15 a.m.**

DONE this 29th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE