IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-221-WKW** |
| | ) | |
| **AUDRA M. RUSH** | ) | |

### THIRD NOTICE OF FILING SENTENCING EXHIBITS

COMES NOW the Defendant, **AUDRA M. RUSH**, by and through undersigned counsel, Christine A. Freeman, Esquire, and notifies the Court of the filing of the attached Exhibits.

            Respectfully submitted,

            **s/Christine A. Freeman**
            **CHRISTINE A. FREEMAN**
            **TN BAR NO.: 11892**
            Attorney for Defendant
            Federal Defenders
            Middle District of Alabama
            201 Monroe Street, Suite 407
            Montgomery, AL 36104
            TEL:  (334) 834-2099
            FAX:  (334) 834-0353
            E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                                           s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org



Outside front of Mother's home


Front side of mother's home


Back side of mother's home



Audra's Mother's kitchen



Audra's Mother's Kitchen



Audra's mother

