IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-221-WKW |
| | ) | |
| AUDRA RUSH | ) | |

**<u>ORDER</u>**

Before the court is the United States of America's Motion to Add Publication Dates to Record (Doc. # 103). It is ORDERED that the motion is GRANTED.

DONE this 6th day of July, 2007.

                                                /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE