IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

This case is before the Court on the defendant's Motion to File Under Seal (Doc. #107). It is ORDERED that the Motion is GRANTED.

DONE this 26th day of September, 2007.

          /s/  W. Keith Watkins
    UNITED STATES DISTRICT JUDGE