# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-CR-221-WKW** |
| ) | |
| **AUDRA M. RUSH** ) | |

## NOTICE OF FILING OF EXHIBIT
## IN SUPPORT OF DOWNWARD DEPARTURE
## AND/OR VARIANCE

COMES NOW the Defendant, **AUDRA M. RUSH**, by and through undersigned counsel, Christine A. Freeman, Esquire, and notifies the Court of the filing of the attached Exhibit, which consists of a letter from Fellowship House, Inc., confirming their approval of Ms. Rush for admission to their residential drug and mental health treatment program..

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                s/Christine A. Freeman
                **CHRISTINE A. FREEMAN**
                **TN BAR NO.: 11892**
                Attorney for Audra Rush
                Federal Defenders
                Middle District of Alabama
                201 Monroe Street , Suite 407
                Montgomery, AL 36104
                TEL:  (334) 834-2099
                FAX:  (334) 834-0353
                E-Mail: Christine_Freeman@fd.org

# Fellowship House Inc.

A PRIVATE, NON-PROFIT CORPORATION
1625 12TH AVENUE SOUTH
BIRMINGHAM, ALABAMA 35205
205-933-2430

October 09, 2007

RE: Audra Rush

Ms. Rush has been approved for admission to residential treatment at the Fellowship House based on her psychosocial assessment. The Fellowship House is a residential treatment facility with 72 beds that provides drug and alcohol treatment to men and women. We also serve those with co-occurring disorders. Our referral sources include area court systems (Jefferson County, Mental Health Court, Federal and State Probation, etc.), local mental health facilities, homeless shelters, statewide Community Corrections, etc.

While in residential treatment, Ms. Rush will attend educational classes to learn about her addiction and the recovery process; she will also attend mandatory process groups and be required to attend a minimum of 4 AA/NA meetings. She will meet with her primary counselor on a weekly basis to develop and complete an individualized treatment plan. She will be referred to the Alabama Department of Rehabilitation Services to receive assistance in seeking employment. The goal of her treatment planning will to be for Ms. Rush to integrate back into society without returning to drugs and alcohol as her solution, to complete her probation successfully and to become an employed member of society. Upon completion of residential treatment, Ms. Rush will qualify to move to our aftercare apartments where she will continue to be involved in treatment by attending weekly groups, the self-help community and meeting with her primary counselor.

The Fellowship House is a state funded facility with additional assistance from the United Way and various grants. We also expect the resident to assist with their rent, by paying an initial $35.00 admission fee and 30% of their income once they begin receiving an income. Based on our 2006 fiscal year, 49% of our former clients maintain contact or were involved with aftercare and were active in the recovery process; 81% were employed and 91% report having a better quality of life. If you need further information, you may contact me at 205-933-2430.

Sincerely,

Tara Lawton, MA, CRC
Tara Lawton, MA, CRC


United Way
of Central Alabama, Inc.

A UNITED WAY AGENCY · MEMBER OF ASSOCIATION OF HALFWAY HOUSE ALCOHOLISM PROGRAMS OF NORTH AMERICA    AHAAP