IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

It is ORDERED that the sentencing date in this matter is continued to October 10, 2007, at 2:15 p.m.

DONE this 9th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE