IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-221-WKW |
| | ) | |
| AUDRA MARIE RUSH | ) | |

**ORDER**

It is ORDERED that the sentencing date in this matter is continued to October 23, 2007, at 3:00 p.m.

DONE this 10th day of October, 2007.

　　　　　　　　　　　　　　　　　　／s／  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE