IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-CR-221-WKW** |
| | ) | |
| **AUDRA M. RUSH** | ) | |

**NOTICE OF PROPOSED SENTENCING ALTERNATIVE,
IN SUPPORT OF DOWNWARD DEPARTURE
AND/OR VARIANCE**

COMES NOW the Defendant, **AUDRA M. RUSH**, by and through undersigned counsel, and notifies the Court of the availability of placement for Ms. Rush at The Next Door, a dual diagnosis drug treatment and mental health facility in Nashville, Tennessee, for women only.

The Next Door is a twenty-unit housing development in Nashville, which opened in July 2007. It is funded in part through the federal "Access to Recovery" treatment initiative, as well as through grants and community donations from Tennessee state agencies and the Corrections Corporation of America.

The goals of the recovery program for women at The Next Door include sobriety, increased job capabilities, home ownership, and support for parenting skills.

Ms. Rena' Ross, an investigator with the office of defendant's counsel, has spoken with the Christy Pomroy, Admissions Coordinator of The Next Door, who has confirmed that Ms. Rush appears to be eligible for placement at this facility and that a bed could be made available for Ms. Rush within thirty days.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Verne Speirs, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Audra Rush
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org