AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: AUDRA MARIE RUSH
CASE NUMBER: 2:06cr221-WKW

RECEIVED 2008 JAN 22 P 1:23

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

37 Months

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug, mental health treatment and basic adult education is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

**RETURNED AND FILED**

**JAN 2 4 2008**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

---

DEFENDANT DELIVERED ON __1-8-08__
SURRENDERED ON _____
TO FCI TALLAHASSEE, FLORIDA
BY BOP BUS __X__ ; USM _____
BY: _signature_
For Inmate Systems Manager

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL